```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02164
   ELIZABETH A KAYE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-0041
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 02/07/07 .

   2.   The case was dismissed without confirmation, 07/20/2007.

   3.   The Debtor paid a total of $   3150.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INDYMAC BANK | SECURED | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| ASSET MANAGEMENT HOLDING | SECURED | .00 | .00 | .00 |
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| GMAC/HOMECOMINGS | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 336.00 | .00 | 336.00 |
| CITIZENS BANK | SECURED VEHIC | .00 | .00 | 1030.00 |
| GREAT LAKES CREDIT UNION | SECURED | .00 | .00 | 810.00 |
| WORLD FINANCIAL NETWORK | SECURED | .00 | .00 | 220.00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY RESTORATION SE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

     Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 336.00 | .00 | .00 | .00 | 336.00 |
| PRINCIPAL PAID | 2396.00 | .00 | .00 | .00 | 2396.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                     2396.00          .00          .00          .00      2396.00
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2500.00
and was paid $      26.00   direct and $     654.67   through the plan.

The Trustee received $       99.33 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 10/10/07                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


                            PAGE   2
     CASE NO. 07 B 02164 ELIZABETH A KAYE